UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| TONY MARQUET CAMPBELL, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> J. BAILEY; et al., <br><br> Defendants - Appellees. | No. 05-17420 <br> D.C. No. CV-04-01292-MCE/DAD <br><br><br> **ORDER** |

This appeal has been taken in good faith    [ ]

This appeal is not taken in good faith    [✓]

Explanation: _____

_____

_____

_____ /s/ _____
                                                                    Judge
                                                   United States District Court

Date: 1/25/06